No. 91–7352. WEIDMAN v. STAHLHUT. Sup. Ct. Iowa. Certiorari denied.

No. 91–7367. GADSON v. CONCORD UNION SCHOOL DISTRICT. C. A. 1st Cir. Certiorari denied.

No. 91–7381. BOWDEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–7385. HERRERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7389. LEDFORD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7415. POLK v. REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–7425. HASTINGS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7431. HOYOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7439. DEEB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7475. AL KASHIF v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7478. STANLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7481. JENKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7488. ARNOLD v. KMART CORP. C. A. 7th Cir. Certiorari denied.

No. 91–7490. PAYNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7493. LONGBEHN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7502. LEURO ROSAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.